JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | | |
|---|---|---|
| JUAN URIEL CASTANEDA, | ) | CV 12-4805-DSF (SH) |
| | ) | |
| | ) | JUDGMENT |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LELAND MCEWEN, (Warden), | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order of the Court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: 7/10/13 _____

*Dale S. Fischer*

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1